No. 99–1369. IN RE GOULDING;
No. 99–7788. IN RE WATERS;

No. 99–8089. IN RE PAGLINGAYEN; and
No. 99–8294. IN RE JARVIS. Petitions for writs of mandamus denied.